UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Civil Action No. 21-95 (JDB) |

## ORDER

Upon consideration of [26] the stipulated request for an order to further postpone rule's effective date, and the entire record herein, it is hereby

**ORDERED** that, pursuant to 5 U.S.C. § 705, and consistent with the Court's prior order in this case, the effective date of all provisions of the November 20, 2020, final rule promulgated by the U.S. Department of Health and Human Services ("HHS"), published at 85 Fed. Reg. 76,666, that were scheduled to take effect on January 29, 2021, is hereby postponed until January 1, 2023. This postponement is entered without prejudice to the merits of this action. It is further

**ORDERED** that this case will be held in abeyance pending the duration of HHS's review of the November 20, 2020 rule, subject to the continued consent of the parties. And it is further

**ORDERED** that the parties shall submit a joint status report identifying whether and how this case should proceed by not later than April 1, 2021.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: March 15, 2021