IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PHARMACEUTICAL CARE MANAGEMENT ASSOCIATION,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>        Defendants. | Civil Action No. 21-cv-00095-JDB |

## JOINT STATUS REPORT

Plaintiff, Pharmaceutical Care Management Association (PCMA), and Defendants, the U.S. Department of Health and Human Services (HHS), *et al.*, through their undersigned counsel, submit this joint status report.

1. Plaintiff in this action raises procedural and substantive challenges to a final rule promulgated by HHS on November 20, 2020, which finalized certain new definitions, changed the scope of an existing regulatory safe harbor to remove protection for certain pharmaceutical reductions in price, and added two new safe harbors. *See Fraud and Abuse; Removal of Safe Harbor Protection for Rebates Involving Prescription Pharmaceuticals and Creation of New Safe Harbor Protection for Certain Point-of-Sale Reductions in Price on Prescription Pharmaceuticals and Certain Pharmacy Benefit Manager Service Fees*, 85 Fed. Reg. 76,666 (HHS, Nov. 30, 2020) (Discount Rule).

2. In a rule published in the Federal Register on February 2, 2021, HHS announced that it was undertaking a regulatory review of the Discount Rule, including the interactions between the Rule's various provisions and the overall regulatory framework. *See* Notice, ECF No. 16. To assure time for that review, HHS delayed the effective date of the new safe harbor provisions and new definitions from January 29, 2021, until March 22, 2021. *See id.*

3. Upon the request made by the parties through stipulation, this Court subsequently issued two orders that collectively postponed the effective dates of all of the rule's provisions until January 1, 2023. *See* Order, ECF No. 19; Order, ECF No. 27. The Court's order also placed this case in abeyance, subject to the continued consent of the parties. Order, ECF No. 27.

4. At this time, HHS's review of the Discount Rule remains ongoing. HHS does not presently know when that review will be complete, but anticipates that the review will not be complete before May 1, 2021, at the earliest.

5. The parties believe this case should remain in abeyance, and propose that the parties submit another joint status report on May 1, 2021.

6. Plaintiff appreciates HHS's effort to review the Discount Rule. Should the Discount Rule and its current effective dates remain in place, however, Plaintiff anticipates that it may become necessary as early as this summer to resume these proceedings in order to ensure sufficient time for briefing and decision on the status of the Discount Rule before PCMA's members begin planning and preparation for the 2023 contract year.

Dated:  April 1, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

MICHELLE BENNETT
Assistant Branch Director

*/s/ Alexander V. Sverdlov*
ALEXANDER V. SVERDLOV (NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Attorneys for Defendants*

*/s/ Helgi C. Walker*
Helgi C. Walker, D.C. Bar No. 454300
Matthew S. Rozen, D.C. Bar No. 1023209
Brian A. Richman, D.C. Bar No. 230071
Max E. Schulman, D.C. Bar No. 1660490
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
HWalker@gibsondunn.com

*Attorneys for Plaintiff Pharmaceutical Care Management Association*